O'DONNELL & ASSOCIATES PC
PIERCE O'DONNELL (State Bar No. 081298)
ROBERT M. PARTAIN (State Bar No. 221477)
550 South Hope Street, Suite 1000
Los Angeles, CA 90071
Telephone: (213) 347-0290
Fax: (213) 347-0299

Attorneys for Plaintiff
and Putative Class

[Additional Counsel On Signature Block]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BOYLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., and SCHERING-PLOUGH CORP.,<br><br>Defendants. | CASE NO. 2:08-cv-00355-LEW-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT PENDING DECISION ON TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

HERE COME the Plaintiff and Defendants, by and through their counsel, and hereby stipulate as follows:

1. That Plaintiff caused the Complaint, the First Amended Complaint, and the Summons to be served on Defendant Merck & Co., Inc. on February 26, 2008;

2. That Defendant Merck & Co., Inc. and Schering-Plough Corp. are represented by Reed Smith LLP and Steven Boranian from Reed Smith LLP;

3. That a hearing before the Judicial Panel on Multidistrict Litigation ("JPML") has been scheduled in Austin, Texas for March 27, 2008 involving the centralization of this, and other, pending actions involving the pharmaceuticals Vytorin and Zetia;

PDF created with pdfFactory trial version www.pdffactory.com

4. That Defendants wish to defer their response to Plaintiff's First Amended Complaint until the conclusion of the JPML hearing.

Dated: March 4, 2008                           O'DONNELL & ASSOCIATES P.C.

By:      /s/ Robert M. Partain
    Robert M. Partain, Esq.
    Pierce O'Donnell, Esq.
    O'DONNELL & ASSOCIATES P.C.
    550 South Hope Street, Suite 1000
    Los Angeles, California 90071
    Tel: (213) 347-0290
    Fax: (213) 347-0299

Dated: March 4, 2008                           REED SMITH LLP

By: /s/ Steven Boranian (as authorized on 3/5/08)
    Steven Boranian, Esq.
    REED SMITH LLP
    Two Embarcadero Center, Suite 2000
    San Francisco, California 94111
    Tel: (415) 543-8700
    Fax: (415) 391-8269

**ORDER**

IT IS HEREBY ORDERED that (1) the Defendants shall notify the Court of the decision of the JPML within three business days after the JPML issues its decision; (2) that the time within which the Defendants may answer, move or otherwise respond to the First Amended Complaint in the above matter is hereby extended to a date to be set at the first scheduling conference after the JPML issues its decision; and (3) that if the Defendants file a responsive pleading in any other similar action pending in another federal district court, they shall notify the Plaintiff's counsel before filing such a pleading, and the Plaintiff may then file a motion to amend this Order. Defendants reserve the right to oppose such a motion.

IT IS SO ORDERED – 03/06/2008

/s/ Ronald S. W. Lew
HON. RONALD S.W. LEW, U.S.D.J.

PDF created with pdfFactory trial version www.pdffactory.com