Case 2:08-cv-00355-JAM-EFB   Document 15   Filed 05/27/08   Page 1 of 5

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
MAY 1 5 2008
AT 8:30_____M
WILLIAM T. WALSH, CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
APR 24 2008
FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 1938

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On April 8, 2008, the Panel transferred 21 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dennis M. Cavanaugh.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Cavanaugh.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 8, 2008, and, with the consent of that court, assigned to the Honorable Dennis M. Cavanaugh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By JOHN ICKLAN
Deputy Clerk

A CERTIFIED TRUE COPY
MAY 1 2 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                                   MDL No. 1938

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                **CASE CAPTION**

ALABAMA MIDDLE
  ALM  2  08-129          John D. Swindall v. Merck & Co., Inc., et al.

ALABAMA NORTHERN
  ALN  1  08-279          Thomas L. Sizemore v. Merck & Co., Inc., et al.
  ALN  2  08-134          Constantine Kanakis, et al. v. Merck & Co., Inc., et al.

ARKANSAS EASTERN
  ARE  4  08-86           John H. Stanley, Jr. v. Merck & Co., Inc., et al.
  ARE  5  08-42           Juanita Sloan v. Merck & Co., Inc., et al.

ARIZONA
  ~~AZ  2  08-360~~          ~~Robert S. Levin v. Merck/Schering-Plough Pharmaceuticals, et al.~~
                                    Opposed 5/9/08

CALIFORNIA CENTRAL
  CAC  2  08-1038         Glenda Morgan v. Merck & Co., Inc., et al.
  CAC  2  08-1499         Ronald Dossey v. Merck & Co., Inc., et al.

CALIFORNIA EASTERN
  CAE  2  08-355          Carolyn Boyle v. Merck & Co., Inc., et al.

CALIFORNIA NORTHERN
  CAN  4  08-929          Mircea Muresan v. Merck & Co., Inc., et al.

DELAWARE
  DE  1  08-176           Elaine Hawk v. Merck & Co., Inc., et al.

FLORIDA MIDDLE
  FLM  6  08-153          Alma Hooks, et al. v. Merck & Co., Inc., et al.
  FLM  6  08-178          Stephen Greenwell v. Merck & Co., Inc., et al.

FLORIDA NORTHERN
  FLN  5  08-58           Jean T. Smith v. Merck & Co., Inc., et al.

FLORIDA SOUTHERN
  FLS  1  08-20317        Moises Selesky v. Merck & Co., Inc., et al.

GEORGIA NORTHERN
  GAN  1  08-309          Dewey Eugene Keith, et al. v. Merck & Co., Inc., et al.
  GAN  1  08-417          Gregory Flynn v. Merck & Co., Inc., et al.

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA NORTHERN** | |
| IAN  2  08-1007 | Donald Pierce, et al. v. Merck & Co., Inc., et al. |
| **IOWA SOUTHERN** | |
| IAS  1  08-13 | James A. Pratt v. Merck & Co., Inc., et al. |
| IAS  4  08-81 | Donna Greenley v. Merck & Co., Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  08-67 | Christina Robin Wallace, et al. v. Merck & Co., Inc., et al. |
| ILS  3  08-163 | Mary Trebilcock v. Merck & Co., Inc., et al. |
| ILS  3  08-191 | Jerry Kee, et al. v. Merck & Co., Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS  1  08-210 | June Wilkins v. Merck & Co., Inc., et al. |
| INS  1  08-335 | Rick Lane v. Merck & Co., Inc., et al. |
| INS  1  08-470 | Edna Appel v. Merck & Co., Inc., et al. |
| **KANSAS** | |
| KS  2  08-2163 | Lois Roberta Bowers v. Merck & Co., Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE  2  08-784 | Kelly Fontana, et al. v. Merck & Co., Inc., et al. |
| LAE  2  08-1235 | Louisiana Health Service & Indemnity Co., etc. v. Merck & Co., Inc., et al. |
| **MASSACHUSETTS** | |
| MA  1  08-10109 | Edward Arasimowicz v. Merck & Co., Inc., et al. |
| **MARYLAND** | |
| MD  1  08-860 | Mitchell Peiser v. Merck & Co., Inc., et al. |
| **MAINE** | |
| ME  2  08-58 | Barry Zimmerman v. Merck & Co., Inc., et al. |
| **MINNESOTA** | |
| MN  0  08-220 | Daniel L. Tollefson, Sr. v. Merck & Co., Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE  4  08-123 | Chong Badgley v. Merck & Co., Inc., et al. |
| MOE  4  08-295 | William G. Krejci v. Merck & Co., Inc., et al. |
| MOE  4  08-308 | Robert L. Scheu v. Merck & Co., Inc., et al. |
| MOE  4  08-315 | Timothy J. Leyes, Sr. v. Merck & Co., Inc., et al. |


**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **MISSOURI WESTERN** | |
| MOW 2   08-4021 | Steve Dillon, et al. v. Merck & Co., Inc., et al. |
| MOW 4   08-145 | Marie Maley v. Merck & Co., Inc., et al. |
| MOW 4   08-153 | Beverly Walden v. Merck & Co., Inc., et al. |
| MOW 4   08-172 | Anthony Neland v. Merck & Co., Inc., et al. |
| MOW 4   08-187 | Wei Chan v. Merck & Co., Inc., et al. |
| ~~MOW 6   08-3119~~ | ~~John Grant, et al. v. Merck/Schering-Plough Pharmaceuticals, et al.~~ Opposed 5/9/08 |
| **MISSISSIPPI SOUTHERN** | |
| MSS 2   08-74 | Iley Joe Payne v. Merck & Co., Inc., et al. |
| MSS 5   08-10 | Roy Davis v. Merck & Co., Inc., et al. |
| **MONTANA** | |
| MT 6   08-18 | Janet Lamping v. Merck & Co., Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3   08-66 | Susan Bodnar v. Merck & Co., Inc., et al. |
| **NEBRASKA** | |
| NE 8   08-147 | Robert Stanley v. Merck & Co., Inc., et al. |
| **NEW MEXICO** | |
| NM 6   08-89 | Reverend John Carl Adams v. Merck & Co., Inc., et al. |
| **NEVADA** | |
| NV 3   08-64 | Bruce J. Bitter, et al. v. Merck & Co., Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 2   08-344 | Andrew Schwaeber v. Merck & Co., Inc., et al. |
| **OKLAHOMA EASTERN** | |
| OKE 6   08-110 | Sharon Loeffler v. Merck & Co., Inc., et al. |
| **PUERTO RICO** | |
| PR 3   08-1206 | James Cumba, et al. v. Merck & Co., Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 0   08-518 | Gloria Brown v. Merck & Co., Inc., et al. |
| SC 3   08-318 | Jeffrey D. Morgan, M.D. v. Merck & Co., Inc. et al. |
| **TENNESSEE EASTERN** | |
| TNE 1   08-33 | Evelyn Igou, et al. v. Merck & Co., Inc., et al. |

MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TENNESSEE WESTERN** | |
| TNW 1  08-1043 | Gary Lackey v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 9  08-19 | Robert S. Love v. Merck & C., Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 2  08-34 | Roberto DeLeon v. Schering-Plough Corp., et al. |
| TXS 3  08-84 | James J. Janik v. Merck & Co., Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 3  08-162 | Virginia Miller, et al. v. Merck & Co., Inc., et al. |
| WVS 3  08-195 | Debra Lynn Lewis, et al. v. Schering-Plough Pharmaceuticals, Inc., et al. |